**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**ALEJANDRO MARTINEZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ALEJANDRO MARTINEZ**

Defendants.

Case No.  1:25-cr-0102-1 KES

STIPULATION  AND ORDER  TO
CONTINUE THE PRELIMANRY HEARING

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE CHRISTOPHER D. BAKER AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALEJANDRO MARTINEZ, by and through his attorney of record, Timothy Hennessy, hereby requesting that the preliminary hearing currently set for Monday, May 4, 2026, be continued to Monday, May 18, 2026.

Defense counsel needs more time to gather documents in preparation for preliminary hearing. I have spoken to AUSA Luke Baty, he has no objection to continuing the matter.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 1, 2026

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
Alejandro Martínez

1

DATED: May 1, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED based on the stipulated request of the parties that the preliminary hearing currently set for May 4, 2026, be continued to May 18, 2026, at 2:30 p.m. before the undersigned.

IT IS SO ORDERED.

Dated:   **May 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE